

# Fourth Court of Appeals
## San Antonio, Texas

July 19, 2018

No. 04-18-00333-CV

**IN RE** Roy **WATTERS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

On May 22, 2018, relator filed a petition for writ of mandamus, and the real parties in interest filed a response. After considering the petition and response, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on July 19, 2018.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 16616B, styled *Mike Lopez and Tiffany Liesmann v. Roy Watters*, pending in the 198th Judicial District Court, Kerr County, Texas, the Honorable M. Rex Emerson presiding.